# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ELISABETH PAUL, | § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 4:17-CV-599** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| CISCO SYSTEMS, INC., | § § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 26, 2018, the report of the Magistrate Judge (Dkt. #24) was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss (Dkt. #3) should be **DENIED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion to Dismiss (Dkt. #3) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 18th day of March, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE